# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LAWRENCE STEVENS, <br><br> Defendant. | No. CR06-0139-LRR <br><br> **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

___

      This matter comes before the court on the defendant's motion to reduce sentence (docket no. 251). The defendant filed such motion on November 17, 2014. At the court's request, the United States Probation Office prepared a memorandum that, among other things, addresses the defendant's eligibility for a sentence reduction under 18 U.S.C. § 3582(c)(2) and calculates the defendant's amended guideline range. The government requests a hearing in this matter. The court declines to hold a hearing at this time. The government is directed to submit by no later than March 6, 2015 a sealed report that details its position regarding a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). After considering the government's position, the court will either exercise its discretion and reduce the defendant's sentence under 18 U.S.C. § 3582(c)(2) or appoint counsel and conduct a hearing during which the defendant will participate by telephone. At this point in the proceeding, the defendant need not submit to the court anything that responds to the government's sealed report. The clerk's office is directed to send a copy of this order to

the defendant, the office of the Federal Public Defender, the office of the United States Attorney and the office of United States Probation.

**IT IS SO ORDERED**.

**DATED** this 13th day of February, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA